UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRISTINA CLEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSNATION TITLE & ESCROW, INC. DBA FIDELITY NATIONAL TITLE COMPANY; DOES I THROUGH X,<br><br>    Defendants. | Case No. 1:21-cv-00031-AKB<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

    In accordance with the Stipulation of Dismissal (Dkt. 94) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and signed by all parties who have appeared in this action, the above-captioned action is terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A).

DATED: September 03, 2024

**Amanda K. Brailsford**
U.S. District Court Judge

**ORDER RE: STIPULATION OF DISMISSAL - 1**